AO 442 (Rev. 11/11) Arrest Warrant

FILED 3:24CR2635

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2024 DEC 12 PM 4:26
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Received El Paso
OCT 28 2024
USMS W/TX

| United States of America | ) |
|---|---|
| v. | ) Case No. EP:24-M-04440-ATB |
| Xiaofei CHEN | ) |
| *Defendant* | ) |

A true copy of the original, I certify,
Clerk, U.S. District Court
By_____
Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Xiaofei CHEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ■ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 843(a)(5) Prohibited Acts C- Unlawful acts it shall be unlawful for any person knowingly or intentionally make, distribute or possess any punch, die, plate, stone, or other thing designed to print, imprint, or reproduce the trademark, trade name, or other identifying mark, imprint, or device of another or any likeness of any of the foregoing upon and drug or container or labeling thereof so as to render such drug a counterfeit substance, 21USC 843(a)(7) to manufacture, distribute, export, or import any three-neck round bottom flask, tableting machine, encapsulating machine, or gelatin capsule, or any equipment, chemical, product, or material which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance or listed chemical in violation of this subchapter or subchapter II or, in the case of an exportation, in violation of this subchapter or subchapter II or of the laws of the country to which it is exported and 21USC846 Attempt and Conspiracy- Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt of the conspiracy.

Date: 10/25/2024 08:55 AM

*Issuing officer's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S., Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-25-2024, and the person was arrested on *(date)* 10-29-2024
at *(city and state)* Las Vegas, Nevada.

Date: 11-15-2024

*Arresting officer's signature*
Kathy McGlone

SA Kathy McGlone
*Printed name and title*

---

Warrant sworn to telephonically on
October 25, 2024  at  08:55 AM  and signed
electronically. FED.R.CRIM.P. 4.1(b)(2)(A)