**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
The Bajaj Building
2150 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar No: 216464
Texas State Bar No.: 24128370

Attorney for Defendant:
**XAIOFEI CHEN**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Plaintiff, <br><br> v. <br><br> **XAIOFEI CHEN** <br><br> Defendant. | **CASE NO.: EP: 24-CR-02635-KC** <br><br> **APPEARANCE OF DEFENSE COUNSEL** |

   COMES NOW, VIKAS BAJAJ, as counsel on behalf of Defendant, XAIOFEI CHEN, in the above-referenced case and cause.

Date: January 2, 2025                Respectfully Submitted,

                                     */s/ Vikas Bajaj*
                                     **VIKAS BAJAJ**
                                     Attorney for Defendant
                                     **XAIOFEI CHEN**

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**XIAOFEI CHEN,**<br>Defendant. | **CASE NO.: EP: 24-CR-02635-KC**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Vikas Bajaj, am a citizen of the United States and am at least eighteen years of age.  My business address is 2150 First Avenue, Suite 200, San Diego, California 92101.

I am not a party to the above-entitled action.  I have caused service of **APPEARANCE OF DEFENSE COUNSEL** on all registered associated parties through the District Court's electronic filing system.

I declare under penalty of perjury that the forgoing is true and correct.

Date: January 2, 2025                                Respectfully Submitted,


*/s/ Vikas Bajaj*
**VIKAS BAJAJ**
Attorney for Defendant
**XIAOFEI CHEN**

1