UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| V. | ) CRIMINAL NO. EP-24-CR-02635-KC |
| | ) |
| **XAIOFEI CHEN,** | ) |
| a/k/a "Sophie Chen" and "陈晓飞" | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Department of Justice Trial Attorney Kaitlin J. Sahni is assigned to represent the United States in the above-captioned case as co-counsel on all matters forthwith. Therefore, it is requested that that Department of Justice Trial Attorney Kaitlin J. Sahni be added to the docket in the instant cause.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   */s/ Kaitlin J. Sahni*
Kaitlin J. Sahni
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Florida Bar No. 0119596
450 5th St. N.W.
Washington DC, 20530
Tel.: (202) 307-8660
Email: Kaitlin.Sahni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to counsel of record.

                                                                  */s/ Kaitlin J. Sahni*
                                                                  Kaitlin J. Sahni
                                                                  Department of Justice, Trial Attorney