# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CRIMINAL NO. EP-24-CR-02635-KC** |
| v. | ) |
| | ) |
| **XAIOFEI CHEN,** | ) |
| a/k/a "Sophie Chen" and "陈晓飞" | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Department of Justice Trial Attorney Colin W. Trundle is assigned to represent the United States in the above-captioned case as co-counsel on all matters forthwith. Therefore, it is requested that Department of Justice Trial Attorney Colin W. Trundle be added to the docket in the instant cause.

Date: February 25, 2025

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: */s/ Colin W. Trundle*
Colin W. Trundle
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
Minnesota Bar No. 0401934
450 5th Street N.W.
Washington, D.C. 20530
Tel.: (202) 742-7112
Email: colin.trundle@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to counsel of record.

                                              */s/ Colin W. Trundle*
                                              Colin W. Trundle
                                              Department of Justice, Trial Attorney