**FILED**
April 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Myrna Gallegos__
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>v.<br>XIAOFEI CHEN, a/k/a "Sophie Chen" and<br>"陈晓飞"<br>　　　Defendant. | §<br>§  Case No. EP-24-CR-02635-KC<br>§<br>§<br>§<br>§ |

## WAIVER

**XIAOFEI CHEN,** Defendant herein, having been advised of the nature of the charges against her, and of her rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that she has been given a copy of said Information before being called upon to plead.

_/s/ Xiaofei Chen_
**XIAOFEI CHEN**
Defendant

_/s/ Vikas Bajaj_
**VIKAS BAJAJ, ESQ.**
Attorney for Defendant

April 22, 2025
Date

April 22, 2025
Date