UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | § CRIMINAL NO: |
| vs. | § EP:24-CR-02635(1)-KC |
| | § |
| (1) Xaiofei Chen | § |

## ORDER RESETTING SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, October 30, 2025 at 09:15 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 7th day of May, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE