**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CRIMINAL NO. EP: 24-CR-2635-KC** |
| | § | |
| **XAIOFEI CHEN** | § | |
| a/k/a "Sophie Chen" and ":$□ '6", | § | |
| | § | |
| **Defendant.** | § | |

## DIRECT NOTICE OF PRELIMINARY ORDER OF FORFEITURE

Notice is hereby given that in the case of *U.S. v. XAIOFEI CHEN a/k/a "Sophie Chen" and "lf;□□"*, Criminal No. EP-24-CR-2635-KC, the United States District Court for the Western District of Texas entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

1. Apple iPhone 15 Pro, which bears the IMEI: 358301855756151;
2. Any and all property, real or personal involved in or used in the commission of the criminal offense; and
3. Any and all accessories involved in or used in the commission of the criminal offenses.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the Defendant, asserting a legal interest in property which have been ordered forfeited to the United States must file a petition within 30 days of the final publication of notice or his receipt of notice, whichever is earlier pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21 U.S.C. §§ 853(n)(1)-(3). The petition must be filed with the Clerk of the Court, 525 Magoffin, Suite 105, El Paso, Texas 79901, and a copy served upon Assistant United States Attorney Patricia J. Acosta, 700 E. San Antonio Ave., Suite 200, El Paso, Texas 79901.

The petition must comply with the requirements of Title 21 U.S.C. § 853(n).

If you fail to file a petition to assert your interest in the above-described property within the time prescribed above, your interest in this property will be lost and forfeited to the United States, which will then have clear title to the property and will dispose of the property in accordance with the law.

**APPENDIX A**