

**United States Department of Justice**
United States Attorney's Office
Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*   Phone: (915) 534-6884
*El Paso, Texas 79901*   Facsimile 915.534.6024

June 10, 2025

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

       **RE:**   <u>**U.S. v. Xiaofei Chen**</u>
            **COURT NO.:  EP-24-CR-02635-KC**

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be <u>**removed**</u> as counsel assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                Respectfully submitted,

                                JUSTIN R. SIMMONS
                              UNITED STATES ATTORNEY

            **By:**   *Donna S. Miller*
                              DONNA S. MILLER
                              Assistant U.S. Attorney